UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Saim Sarwar,<br><br>      Plaintiff,<br><br>      v.<br><br>Reckless Pheasant LLC,<br><br>      Defendant. | Civil Action No. 2:21–cv–112 |

## **ORDER**

On or before June 4, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 26th day of May 2021.

                                                    */s/ Kevin J. Doyle*
                                                    Kevin J. Doyle
                                                    United States Magistrate Judge