U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR -7  AM 9: 34

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SAIM SARWAR,
    Plaintiff,

Case No. 2:-21-cv-112

vs.

RECKLESS PHEASANT, LLC,
    Defendant.

### FINAL ORDER APPROVING AND ENTERING CONSENT DECREE

THIS CASE came before this Court on the Stipulation For Approval And Entry Of Consent Decree, and this Court having reviewed the pleadings and papers filed in this case, and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED that the Consent Decree is hereby approved and entered.

DONE AND ORDERED in Chambers this 7th day of March, 2022.

_____
Magistrate Judge Kevin J. Doyle